**Progressive Casualty Ins. Co.**
P.O. Box 94523
Cleveland, OH 44101-4523

| | |
|---|---|
| Pay Group: | 015-Progressive Casualty Paygroup |
| Pay Begin Date: | 03/01/2026 |
| Pay End Date: | 03/14/2026 |

| | |
|---|---|
| Business Unit: | PRGCP |
| Advice #: | **000000012110079** |
| Advice Date: | 03/19/2026 |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | N/A |
| Dependent Amount | 2,000.00 | N/A |

**Michael Joseph Simon**
607 Lincoln Ave
Jermyn, PA 18433

| | |
|---|---|
| Employee ID | 156958 |
| Department | 05067-PA-FO East |
| Location | Jermyn (RES - JSDM) |
| Job Title | Claims Generalist Assoc |
| Pay Rate | $2,230.77 Biweekly |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Protected PTO - PSL | 27.884615 | 12.00 | 334.61 | 44.00 | 1,198.45 |
| Regular | 27.884615 | 68.00 | 1,896.16 | 376.00 | 10,342.33 |
| Bereavement | | | 0.00 | 24.00 | 647.89 |
| Gainshare Odd Year | | | 0.00 | | 2,143.39 |
| Holiday Pay | | | 0.00 | 24.00 | 647.91 |
| Progressive Insurance Benefit | | | 0.00 | | 50.00 |
| PTO | | | 0.00 | 12.00 | 334.61 |
| **TOTAL:** | | **80.00** | **2,230.77** | **480.00** | **15,364.58** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 101.28 | 1,053.61 |
| Fed MED/EE | 31.67 | 217.97 |
| Fed OASDI/EE | 135.39 | 932.00 |
| PA Unempl EE | 1.56 | 10.72 |
| PA Withholding | 67.04 | 461.50 |
| PA Withholding | 19.66 | 135.33 |
| PA SCRANTON Withholding | 2.18 | 15.01 |
| PA LS Tax | 2.00 | 14.00 |
| **TOTAL:** | **360.78** | **2,840.14** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BT Dental | 6.45 | 38.70 |
| BT Medical High | 37.30 | 223.80 |
| BT Vision | 3.30 | 19.80 |
| **TOTAL:** | **47.05** | **282.30** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k)-Loan 1 | 28.40 | 170.40 |
| **TOTAL:** | **28.40** | **170.40** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| NT Dental | 9.64 | 57.84 |
| NT Basic Life-Employer Paid | 0.95 | 5.70 |
| NT Long Term 40 | 2.92 | 17.25 |
| NT Medical High | 264.04 | 1,584.24 |
| NT Vision | 1.17 | 7.02 |
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,230.77 | 2,183.72 | 360.78 | 75.45 | 1,794.54 |
| YTD | 15,364.58 | 15,032.28 | 2,840.14 | 452.70 | 12,071.74 |

| YEAR-TO-DATE | PTO | PSL | SICK |
|---|---|---|---|
| Start Balance | 16.87 | 6.00 | 0.0 |
| + Earned | 24.18 | 16.50 | 0.0 |
| + Bought | 0.0 | 0.0 | 0.0 |
| - Taken | 12.00 | 12.00 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **29.05** | **10.50** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012110079 | Checking | XXXXXX7021 | 1,794.54 |
| **TOTAL:** | | | **1,794.54** |

**MESSAGE:** Should you have any questions or concerns please contact the HRSC at 800-692-4772.

**Progressive Casualty Ins. Co.**
P.O. Box 94523
Cleveland, OH  44101-4523

| | |
|---|---|
| Pay Group: | 015-Progressive Casualty Paygroup |
| Pay Begin Date: | 03/15/2026 |
| Pay End Date: | 03/28/2026 |

| | |
|---|---|
| Business Unit: | PRGCP |
| Advice #: | **000000012203087** |
| Advice Date: | 04/02/2026 |

**Michael Joseph Simon**
607 Lincoln Ave
Jermyn, PA  18433

| | |
|---|---|
| Employee ID | 156958 |
| Department | 05067-PA-FO East |
| Location | Jermyn (RES - JSDM) |
| Job Title | Claims Generalist Assoc |
| Pay Rate | $2,230.77 Biweekly |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | N/A |
| Dependent Amount | 2,000.00 | N/A |

## HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Protected PTO - PSL | 27.884615 | 4.00 | 111.53 | 48.00 | 1,309.98 |
| Regular | 27.884615 | 68.00 | 1,896.15 | 444.00 | 12,238.48 |
| PTO | 27.884615 | 8.00 | 223.08 | 20.00 | 557.69 |
| Bereavement | | | 0.00 | 24.00 | 647.89 |
| Gainshare Odd Year | | | 0.00 | | 2,143.39 |
| Holiday Pay | | | 0.00 | 24.00 | 647.91 |
| Progressive Insurance Benefit | | | 0.00 | | 50.00 |
| **TOTAL:** | | **80.00** | **2,230.76** | **560.00** | **17,595.34** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholding | 101.28 | 1,154.89 |
| Fed MED/EE | 31.66 | 249.63 |
| Fed OASDI/EE | 135.39 | 1,067.39 |
| PA Unempl EE | 1.56 | 12.28 |
| PA Withholding | 67.04 | 528.54 |
| PA  Withholding | 19.66 | 154.99 |
| PA SCRANTON Withholding | 2.18 | 17.19 |
| PA  LS Tax | 2.00 | 16.00 |
| **TOTAL:** | **360.77** | **3,200.91** |

## BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| BT Dental | 6.45 | 45.15 |
| BT Medical High | 37.30 | 261.10 |
| BT Vision | 3.30 | 23.10 |
| **TOTAL:** | **47.05** | **329.35** |

## AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| 401(k)-Loan 1 | 28.40 | 198.80 |
| **TOTAL:** | **28.40** | **198.80** |

## EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| NT Dental | 9.64 | 67.48 |
| NT Basic Life-Employer Paid | 0.95 | 6.65 |
| NT Long Term 40 | 2.92 | 20.17 |
| NT Medical High | 264.04 | 1,848.28 |
| NT Vision | 1.17 | 8.19 |
| ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 2,230.76 | 2,183.71 | 360.77 | 75.45 | 1,794.54 |
| YTD | 17,595.34 | 17,215.99 | 3,200.91 | 528.15 | 13,866.28 |

| **YEAR-TO-DATE** | **PTO** | **PSL** | **SICK** |
|---|---|---|---|
| Start Balance | 16.87 | 6.00 | 0.0 |
| + Earned | 28.21 | 19.25 | 0.0 |
| + Bought | 0.0 | 0.0 | 0.0 |
| - Taken | 20.00 | 16.00 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **25.08** | **9.25** | **0.0** |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000012203087 | Checking | XXXXXX7021 | 1,794.54 |
| **TOTAL:** | | | **1,794.54** |

**MESSAGE:** Should you have any questions or concerns please contact the HRSC at 800-692-4772.

**Progressive Casualty Ins. Co.**
P.O. Box 94523
Cleveland, OH  44101-4523

| Pay Group: | 015-Progressive Casualty Paygroup |
| Pay Begin Date: | 03/29/2026 |
| Pay End Date: | 04/11/2026 |

| Business Unit: | PRGCP |
| Advice #: | **000000012275676** |
| Advice Date: | 04/16/2026 |

**Michael Joseph Simon**
607 Lincoln Ave
Jermyn, PA  18433

| Employee ID | 156958 |
| Department | 05067-PA-FO East |
| Location | Jermyn (RES - JSDM) |
| Job Title | Claims Generalist Assoc |
| Pay Rate | $2,230.77 Biweekly |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | N/A |
| Dependent Amount | 2,000.00 | N/A |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 27.884615 | 80.00 | 2,230.78 | 524.00 | 14,469.26 |
| Bereavement | | | 0.00 | 24.00 | 647.89 |
| Gainshare Odd Year | | | 0.00 | | 2,143.39 |
| Holiday Pay | | | 0.00 | 24.00 | 647.91 |
| Protected PTO - PSL | | | 0.00 | 48.00 | 1,309.98 |
| Progressive Insurance Benefit | | | 0.00 | | 50.00 |
| PTO | | | 0.00 | 20.00 | 557.69 |
| **TOTAL:** | | **80.00** | **2,230.78** | **640.00** | **19,826.12** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 101.28 | 1,256.17 |
| Fed MED/EE | 31.67 | 281.30 |
| Fed OASDI/EE | 135.39 | 1,202.78 |
| PA Unempl EE | 1.56 | 13.84 |
| PA Withholding | 67.04 | 595.58 |
| PA  Withholding | 19.66 | 174.65 |
| PA SCRANTON Withholding | 2.18 | 19.37 |
| PA  LS Tax | 2.00 | 18.00 |
| **TOTAL:** | **360.78** | **3,561.69** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BT Dental | 6.45 | 51.60 |
| BT Medical High | 37.30 | 298.40 |
| BT Vision | 3.30 | 26.40 |
| **TOTAL:** | **47.05** | **376.40** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k)-Loan 1 | 28.40 | 227.20 |
| **TOTAL:** | **28.40** | **227.20** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| NT Dental | 9.64 | 77.12 |
| NT Basic Life-Employer Paid | 0.95 | 7.60 |
| NT Long Term 40 | 2.92 | 23.09 |
| NT Medical High | 264.04 | 2,112.32 |
| NT Vision | 1.17 | 9.36 |
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,230.78 | 2,183.73 | 360.78 | 75.45 | 1,794.55 |
| YTD | 19,826.12 | 19,399.72 | 3,561.69 | 603.60 | 15,660.83 |

| YEAR-TO-DATE | PTO | PSL | SICK |
|---|---|---|---|
| Start Balance | 16.87 | 6.00 | 0.0 |
| + Earned | 32.24 | 22.00 | 0.0 |
| + Bought | 0.0 | 0.0 | 0.0 |
| - Taken | 20.00 | 16.00 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **29.11** | **12.00** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012275676 | Checking | XXXXXX7021 | 1,794.55 |
| **TOTAL:** | | | **1,794.55** |

**MESSAGE:** Should you have any questions or concerns please contact the HRSC at 800-692-4772.

**Progressive Casualty Ins. Co.**
P.O. Box 94523
Cleveland, OH  44101-4523

| Pay Group: | 015-Progressive Casualty Paygroup |
|---|---|
| Pay Begin Date: | 04/12/2026 |
| Pay End Date: | 04/25/2026 |

| Business Unit: | PRGCP |
|---|---|
| Advice #: | **000000012343839** |
| Advice Date: | 04/30/2026 |

| TAX DATA | Federal | PA State |
|---|---|---|
| Tax Status | Single | N/A |
| Dependent Amount | 2,000.00 | N/A |

**Michael Joseph Simon**
607 Lincoln Ave
Jermyn, PA  18433

| Employee ID | 156958 |
|---|---|
| Department | 05067-PA-FO East |
| Location | Jermyn (RES - JSDM) |
| Job Title | Claims Generalist Assoc |
| Pay Rate | $2,230.77 Biweekly |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 27.884615 | 80.00 | 2,230.78 | 604.00 | 16,700.04 |
| Bereavement | | | 0.00 | 24.00 | 647.89 |
| Gainshare Odd Year | | | 0.00 | | 2,143.39 |
| Holiday Pay | | | 0.00 | 24.00 | 647.91 |
| Protected PTO - PSL | | | 0.00 | 48.00 | 1,309.98 |
| Progressive Insurance Benefit | | | 0.00 | | 50.00 |
| PTO | | | 0.00 | 20.00 | 557.69 |
| **TOTAL:** | | **80.00** | **2,230.78** | **720.00** | **22,056.90** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 101.28 | 1,357.45 |
| Fed MED/EE | 31.66 | 312.96 |
| Fed OASDI/EE | 135.39 | 1,338.17 |
| PA Unempl EE | 1.56 | 15.40 |
| PA Withholding | 67.04 | 662.62 |
| PA  Withholding | 19.66 | 194.31 |
| PA SCRANTON Withholding | 2.18 | 21.55 |
| PA  LS Tax | 2.00 | 20.00 |
| **TOTAL:** | **360.77** | **3,922.46** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BT Dental | 6.45 | 58.05 |
| BT Medical High | 37.30 | 335.70 |
| BT Vision | 3.30 | 29.70 |
| **TOTAL:** | **47.05** | **423.45** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k)-Loan 1 | 28.40 | 255.60 |
| **TOTAL:** | **28.40** | **255.60** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| NT Dental | 9.64 | 86.76 |
| NT Basic Life-Employer Paid | 0.95 | 8.55 |
| NT Long Term 40 | 2.92 | 26.01 |
| NT Medical High | 264.04 | 2,376.36 |
| NT Vision | 1.17 | 10.53 |
| **\*TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,230.78 | 2,183.73 | 360.77 | 75.45 | 1,794.56 |
| YTD | 22,056.90 | 21,583.45 | 3,922.46 | 679.05 | 17,455.39 |

| YEAR-TO-DATE | PTO | PSL | SICK |
|---|---|---|---|
| Start Balance | 16.87 | 6.00 | 0.0 |
| + Earned | 36.27 | 24.75 | 0.0 |
| + Bought | 0.0 | 0.0 | 0.0 |
| - Taken | 20.00 | 16.00 | 0.0 |
| - Sold | 0.0 | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 | 0.0 |
| **End Balance** | **33.14** | **14.75** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012343839 | Checking | XXXXXX7021 | 1,794.56 |
| **TOTAL:** | | | **1,794.56** |

**MESSAGE:** Should you have any questions or concerns please contact the HRSC at 800-692-4772.