In re:                                                                          Case No. 26-01326-MJC

Michael Joseph Simon, Jr.                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                     Page 1 of 2

Date Rcvd: May 12, 2026                  Form ID: ntcor341                   Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Joseph Simon, Jr., 607 Lincoln Ave, Jermyn, PA 18433-1633 |
| 5802435 | + | Casey Dental, 1073 Oak St, Pittston, PA 18640-3716 |
| 5802438 | + | Gregg L Morris, Esq, Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5802439 | + | Kaitlyn Simon, 2925 Willoughby Rd, Parkville, MD 21234-4630 |
| 5802443 | + | Mychal T Rutkowski, Esq, Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5802444 | | Penn East Federal Credit Union, 851 Commerce Blvd, Dickson City, PA 18519-1759 |
| 5802447 | | The Progressive 401(k) Plan, 300 N Commons Blvd #W91, Mayfield Village, OH 44143-1589 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | May 12 2026 18:39:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: jilldurkinesq@gmail.com | May 12 2026 18:39:00 | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | May 12 2026 18:39:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5802436 | | Email/Text: correspondence@credit-control.com | May 12 2026 18:39:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5802433 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 18:51:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5802434 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 18:51:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5802437 | | Email/Text: mrdiscen@discover.com | May 12 2026 18:39:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5802441 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:20 | LVNV Funding LLC, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |
| 5802442 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:27 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5802440 | + | Email/Text: Documentfiling@lciinc.com | May 12 2026 18:39:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 5802446 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 12 2026 18:51:26 | SYNCB/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5802445 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 12 2026 18:51:19 | SYNCB/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5802448 | | Email/Text: bankruptcy@uscbcorporation.com | May 12 2026 18:39:00 | USCB Corporation, PO Box 75, Archbald, PA 18403 |

| 5802449 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | May 12 2026 18:39:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5802450 | ^ MEBN | | |
| | | May 12 2026 18:37:02 | Weltman, Weinberg & Reis Co., L.P.A., Attn: Michael J. Dougherty, Esq., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5802451 | + Email/Text: ebn@wfcorp.com | | |
| | | May 12 2026 18:39:00 | Williams & Fudge Inc, PO Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Michael Joseph Simon  Jr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Joseph Simon Jr.,
aka Michael J Simon Jr., aka Michael Simon, aka Mike
Simon, dba Electric City Tang Soo Do,

**Debtor 1**

Chapter     7

Case No.     5:26−bk−01326−MJC

Social Security No.:

xxx−xx−5004

Employer's Tax I.D. No.:

| **Notice** |
| --- |

You were mailed a Meeting of Creditors Notice in the above−referenced case. A correction was made to the information contained in that notice as stated below:

- Alias of Debtor 1

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1−272−239−0678. For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 16, 2026 Time: 09:00 AM |
| --- | --- |

**Presumption of Abuse under 11 U.S.C. § 707(b): The presumption of abuse does not arise.**

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **August 15, 2026 .**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

| Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion. Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1. Photo identification is required upon entering the Courthouse. |
| --- |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Seth F. Eisenberg
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Date: May 12, 2026

ntcor341(04/20)