# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Joseph Simon Jr.,
aka Michael J Simon Jr., aka Michael Simon, aka Mike Simon, dba Electric City Tang Soo Do,

**Debtor 1**

Chapter 7

Case No. 5:26−bk−01326−MJC

Social Security No.:
xxx−xx−5004

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: August 20, 2026

**fnldecac** (05/18)